IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY 10  AM 8: 14

CHARLES RONALD JOHNSON, )
)
     Plaintiff, )
)
v. ) Civ. No. 05-064-KAJ
)
STATE OF DELAWARE DEPARTMENT )
OF CORRECTION, )
)
     Defendant. )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 8, 2005, this Court entered an order granting leave to proceed <u>in forma pauperis</u> and ordering the plaintiff to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;



RECEIVED
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SCANNED
RETURNED MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Charles Ronald Johnson
SBI# 113218
CVOP
P.O. Box 5005
Smyrna, DE 19977

RTS — RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☒ OTHER

19801-3570