IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY 10  AM 8: 14

CHARLES RONALD JOHNSON,      )
                             )
        Plaintiff,           )
                             )
    v.                       ) Civ. No. 05-064-KAJ
                             )
STATE OF DELAWARE DEPARTMENT )
OF CORRECTION,               )
                             )
        Defendant.           )

### ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 8, 2005, this Court entered an order granting leave to proceed *in forma pauperis* and ordering the plaintiff to submit within thirty (30) days from the date the order was sent, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 4);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;





SCANNED
RETURNED MAIL



Envelope:
- Office of the Clerk, United States District Court, 844 N. King Street, Lockbox 18, Wilmington, Delaware 19801-3570 — OFFICIAL BUSINESS
- Addressed to: Charles R. Johnson, 735 Philadelphia Pike, Wilmington, DE 19803
- Postmark: Wilmington DE
- Handwritten: "Return To Sender — Addressee not In Gander Hill Prison"